IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

GREG LAMBERT,

    Plaintiff,

v.                      CIVIL ACTION NO. 1:05-0400
                            (Criminal No. 1:01-00237-04)

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT ORDER

    Consistent with the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** plaintiff's motion under 28 U.S.C. § 2255, and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to send a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 23rd day of September, 2008.

ENTER:

David A. Faber
United States District Judge